**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____  Chapter  **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Creative Change Counseling, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3867940** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

| | |
|---|---|
| **668 Main Street, Suite 204**<br>**Lumberton, NJ 08048**<br>Number, Street, City, State & ZIP Code | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Burlington**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **creativechangeinc.org** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

**6294**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

| 11. | **Why is the case filed in *this district?*** | *Check all that apply:* |
|---|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** |
|---|---|

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

      Contact name _____

      Phone _____

## Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** |
|---|---|

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

| 15. | **Estimated Assets** |
|---|---|

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** |
|---|---|

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 13, 2026**
MM / DD / YYYY

**X** **/s/ Bertee Thomas**
Signature of authorized representative of debtor

**Bertee Thomas**
Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Steven J. Abelson**
Signature of attorney for debtor

Date **January 13, 2026**
MM / DD / YYYY

**Steven J. Abelson**
Printed name

**Abelson Law Offices**
Firm name

**80 West Main Street**
**PO Box 7005**
**Freehold, NJ  07728**
Number, Street, City, State & ZIP Code

Contact phone   **732-462-4773**      Email address

**SA 7987 NJ**
Bar number and State

Debtor name  **Creative Change Counseling, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

███  **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 13, 2026**        *X* **/s/ Bertee Thomas**
                                              Signature of individual signing on behalf of debtor

                                              **Bertee Thomas**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Debtor name **Creative Change Counseling, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ally Financial\* P.O. Box 380901 Bloomington, MN 55438** | | **Ford F150 Pickup** | | $21,053.00 | $10,000.00 | $11,053.00 |
| **Ally Financial\* P.O. Box 380901 Bloomington, MN 55438** | | **2019 Van Ford Transit Connect** | | $20,011.00 | $10,000.00 | $10,011.00 |
| **Ally Financial\* P.O. Box 380901 Bloomington, MN 55438** | | **2019 Ford Taurus** | | $17,626.00 | $10,000.00 | $7,626.00 |
| **Ally Financial\* P.O. Box 380901 Bloomington, MN 55438** | | **2017 Ford Transport** | | $26,939.00 | $20,000.00 | $6,939.00 |
| **Ascentium Capital 23970 Highway 59N Kingwood, TX 77339** | | **All Equipment** | | $4,047.00 | $0.00 | $4,047.00 |
| **Capitalize Group LLC 99 Wall Street, Suite 152 New York, NY 10005** | | | | | | $150,000.00 |
| **G and G Funding Group LLC 79 Madison Avenue New York, NY 10016** | | | | | | $300,000.00 |
| **ICI Furniture Now 806 Silivia St. Trenton, NJ 08638** | | | | | | $134,902.00 |
| **Meged Funding Group 1 Princeton Avenue Brick, NJ 08724** | | | | | | $100,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RJL Development Group 5 Waters Way Penns Grove, NJ 08069** | | | | | | $17,047.00 |
| **Seamless Funding LLC 1608 Ocean Parkway, Suite 2A Brooklyn, NY 11230** | | **NY Index No. E20260000054** | | | | $100,000.00 |
| **Shilja Troui c/o Christopher J. Keating, Esq. 7 East Main Street Moorestown, NJ 08057** | | **Wrongful Termination Claim** | **Disputed** | | | $50,000.00 |
| **St. John Properties Inc. 2560 Lord Baltimore Drive Windsor Mill, MD 21244** | | **Rental Arrears** | | | | $33,322.00 |
| **Sure Payroll c.o Paychex Holdings LLC 911 Panorama Trail S. Rochester, NY 14625** | | | **Disputed Subject to Setoff** | | | $234,894.00 |
| **Trust Capital Funding 10 Kearney Road, Suite 102 Needham Heights, MA 02494** | | **All Property** | | $546,139.00 | $316,516.00 | $379,623.00 |
| **United Healthcare c/o UHS Billing PO Box 959782 Saint Louis, MO 63195** | | **Insurance Premiums** | | | | $40,365.00 |
| **Velocity Capital Group Pearsall Avenue Cedarhurst, NY 11516** | | **NY Index 500176/2026** | | | | $358,970.00 |
| **Wall Business Park Operating 500 Frank W Burr Blvd Teaneck, NJ 07666** | | | | | | $99,471.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Workpartners PO Box 2977 Pittsburgh, PA 15230** | | | | | | **$34,866.00** |
| **WSFS Bank* 500 Delaware Avenue Wilmington, DE 19801** | | | | | | **$25,679.00** |

**Fill in this information to identify the case:**

Debtor name    **Creative Change Counseling, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...............................................................................................    $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................    $ **361,516.34**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $ **361,516.34**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $ **812,879.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$ **1,693,916.00**

4.   **Total liabilities** ...................................................................................................................................
    Lines 2 + 3a + 3b    $ **2,506,795.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Creative Change Counseling, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:          Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                    **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

   | | | | |
   |---|---|---|---|
   | 3.1. | **WSFS checking** | **8206** | **$63,037.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                    **$63,037.00**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:          Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | | | |
   |---|---|---|
   | 7.1. | **Rental Security Deposits** | **$40,206.34** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                    **$40,206.34**

   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:                **23,000.00**       -                          **0.00**  = ....                    **$23,000.00**
                                          face amount                      doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                                   **$23,000.00**

       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.

☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Furnishings and Equipment** | $139,273.00 | Liquidation | $139,273.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                    **$139,273.00**

    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ■ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2019 Van Ford Transit Connect** | **$2,500.00** | **Liquidation** | **$10,000.00** |
| 47.2. **RV (Mental health Mobile Trreatment Center)** | **$20,000.00** | **Liquidation** | **$20,000.00** |
| 47.3. **2017 Ford Transport** | **$2,000.00** | **Liquidation** | **$20,000.00** |
| 47.4. **2019 Ford Taurus** | **$3,500.00** | **Liquidation** | **$10,000.00** |
| 47.5. **2022 Chrysler Pacifica** | **$12,000.00** | **Liquidation** | **$25,000.00** |
| 47.6. **Ford F150 Pickup** | **$10,000.00** | **Liquidation** | **$10,000.00** |
| 47.7. **2013 Ford Transport** | **$1,000.00** | **Liquidation** | **$1,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

51. **Total of Part 8.**                                                    **$96,000.00**

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.

    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.

    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.

    ☐ Yes Fill in the information below.

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $63,037.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $40,206.34 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $23,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $139,273.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $96,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $361,516.34 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $361,516.34 |

Debtor name     **Creative Change Counseling, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
    amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Ally Financial***  Creditor's Name | Describe debtor's property that is subject to a lien **2017 Ford Transport** | **$26,939.00** | **$20,000.00** |

**P.O. Box 380901**
**Bloomington, MN 55438**
Creditor's mailing address

Describe the lien
_____

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Is the creditor an insider or related party?
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2  Ally Financial***  Creditor's Name | Describe debtor's property that is subject to a lien **2019 Ford Taurus** | **$17,626.00** | **$10,000.00** |
|---|---|---|---|

**P.O. Box 380901**
**Bloomington, MN 55438**
Creditor's mailing address

Describe the lien
_____

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Is the creditor an insider or related party?
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

---

| 2.3 | **Ally Financial\*** | | | | |
|---|---|---|---|---|---|

**Ally Financial\***
Creditor's Name

**P.O. Box 380901
Bloomington, MN 55438**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Chrysler Pacifica**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$27,064.00　　$25,000.00

---

| 2.4 | **Ally Financial\*** | | | | |
|---|---|---|---|---|---|

**Ally Financial\***
Creditor's Name

**P.O. Box 380901
Bloomington, MN 55438**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Ford F150 Pickup**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$21,053.00　　$10,000.00

---

| 2.5 | **Ally Financial\*** | | | | |
|---|---|---|---|---|---|

**Ally Financial\***
Creditor's Name

**P.O. Box 380901
Bloomington, MN 55438**
Creditor's mailing address

_____
Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2019 Van Ford Transit Connect**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

$20,011.00　　$10,000.00

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **Is anyone else liable on this claim?** |
|---|---|
| ■ No | ■ No |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Ascentium Capital** | **Describe debtor's property that is subject to a lien** | **$4,047.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**All Equipment**

**23970 Highway 59N
Kingwood, TX 77339**
Creditor's mailing address

**Describe the lien**

**equipment finance**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/5/25**
**Last 4 digits of account number**
**1811**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Novus Capital Funding** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$730,000.00** |
|---|---|---|---|---|

Creditor's Name

**All property**

**970 Lake Carillon Drive
Saint Petersburg, FL 33716**
Creditor's mailing address

**Describe the lien**
**UCC Financing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Proventure Capital LLC** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**2613 E 16th Street
Brooklyn, NY 11235**

Creditor's mailing address

|  | **Describe the lien** |
| --- | --- |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.9 | **Small Business Administeration** | **Describe debtor's property that is subject to a lien** | **$150,000.00** | **$361,516.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**409 3rd St, SW.
Washington DC 20416
Washington, DC 20416**

**Inventory, Equipment, Neg. Instr., Chattel Paper, Accounts, Gen. Intantgibles**

Creditor's mailing address

**Describe the lien**
**UCC Filing**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.10 | **Trust Capital Funding** | **Describe debtor's property that is subject to a lien** | **$546,139.00** | **$316,516.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**10 Kearney Road, Suite 102
Needham Heights, MA 02494**

**All Property**

Creditor's mailing address

**Describe the lien**
**UCC Filing**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Debtor **Creative Change Counseling, Inc.**      Case number (if known) _____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$812,879.00** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CSC**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line **2.9** | |
| **CSC**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line **2.7** | |
| **Small Business Administration***<br>**801 Tom Martin Dr, Ste 120**<br>**Birmingham, AL 35211** | Line **2.9** | |
| **Sutton Fundings**<br>**261 Madison Ave 10th Floor, Unit 1058,**<br>**New York, NY 10016** | Line **2.10** | |

Debtor name    **Creative Change Counseling, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims      12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Capitalize Group LLC**<br>**99 Wall Street, Suite 152**<br>**New York, NY 10005**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$150,000.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Cobalt Business Systems**<br>**921 Pleasant Valley Ave #222**<br>**Mount Laurel, NJ 08054**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$710.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Colonial Life Insurance**<br>**828 Bistline Drive, Suite 100**<br>**West Columbia, SC 29172**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,684.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Corporation Service Co. As Represent.**<br>**PO Box 2576**<br>**Springfield, IL 62708**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

27695

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CT Corporation System, As representativ**
**330 N. Brand  Blvd, Suite 700**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**First Corporate Solutions, As Representa**
**914 S Street**
**Sacramento, CA 95811**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**G and G Funding Group LLC**
**79 Madison Avenue**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$134,902.00** |
|---|---|---|---|

**ICI Furniture Now**
**806 Silivia St.**
**Trenton, NJ 08638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,002.00** |
|---|---|---|---|

**KS State Bank**
**1010 Westloop**
**PO Box 69**
**Manhattan, KS 66505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,009.00** |
|---|---|---|---|

**Linda Soto Cleaning LLC**
**2540 Nottingham Way**
**Mercerville, NJ 08619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marlin Leasing Corp**
**300 Fellowship Road**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Meged Funding Group**
**1 Princeton Avenue**
**Brick, NJ 08724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,995.00 |
|---|---|---|---|

**Progressive Insurance Corp***
**6300 Wilson Mills Road**
**Mayfield Village, OH 44143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Insurance Premiums**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,047.00 |
|---|---|---|---|

**RJL Development Group**
**5 Waters Way**
**Penns Grove, NJ 08069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Seamless Funding LLC**
**1608 Ocean Parkway, Suite 2A**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  NY Index No.   E20260000054**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Shilja Troui**
 **c/o Christopher J. Keating, Esq.**
**7 East Main Street**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Wrongful Termination Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,322.00 |
|---|---|---|---|

**St. John Properties Inc.**
**2560 Lord Baltimore Drive**
**Windsor Mill, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Rental Arrears**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**State of New Jersey**
**Department of Human Services**
**PO Box 700**
**Trenton, NJ 08625**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$234,894.00** |

**Sure Payroll**
**c.o Paychex Holdings LLC**
**911 Panorama Trail S.**
**Rochester, NY 14625**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,365.00** |

**United Healthcare**
**c/o UHS Billing**
**PO Box 959782**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Insurance Premiums**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$358,970.00** |

**Velocity Capital Group**
**Pearsall Avenue**
**Cedarhurst, NY 11516**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  NY Index 500176/2026**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$99,471.00** |

**Wall Business Park Operating**
**500 Frank W Burr Blvd**
**Teaneck, NJ 07666**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,866.00** |

**Workpartners**
**PO Box 2977**
**Pittsburgh, PA 15230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,679.00** |

**WSFS Bank***
**500 Delaware Avenue**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  9001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
| --- | --- | --- |

| Debtor | Creative Change Counseling, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Rec Management**<br>**2121 Arline Srive, Suite 520**<br>**Metairie, LA 70001** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Boris Yankovich, Esq.**<br>**1 World Trade Center, Suite 8500**<br>**New York, NY 10007** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **CAINE & WEINER**<br>**PO BOX 55848**<br>**Van Nuys, CA 91411** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **G&G Funding Legal**<br>**57 W 57th St., 4th Fl**<br>**New York, NY 10019** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Leaf Capital Funding**<br>**2005 Market Street, 14th Floor**<br>**Philadelphia, PA 19103** | Line **3.21**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Naftali Nathan Wein, Esq.**<br>**333 Pearsall Avenue, Suite 130**<br>**Cedarhurst, NY 11516** | Line **3.21**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **New Jersey Attorney General Office**<br>**Division of Law**<br>**Richard J. Hughes Justice Complex**<br>**25 Market Street, P.O. Box 112**<br>**Trenton, NJ 08625-0112** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **RTR Recovery LLC**<br>**108 W 39th Street, Suite 1006 #2171**<br>**New York, NY 10018** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,693,916.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,693,916.00 |

| | |
|---|---|
| Debtor name | **Creative Change Counseling, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                                                    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **668 Main Street, Lumberton, NJ** | |
| | State the term remaining | **??** | **668 Main, LLC** |
| | List the contract number of any government contract | _____ | **7425 SW 134th  St. Miami, FL 33156** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **office space: 825 Georges Road, North Brunswick, NJ** | |
| | State the term remaining | **4 y ears** | **825 Georges Road, LLC** |
| | List the contract number of any government contract | _____ | **825 Georges Road North Brunswick, NJ 08902** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **950 South Chester Ave., Suite 300 , Bldg A,  Delran, NJ 950 South Chester Aven, Space 2, Bldg. B** | |
| | State the term remaining | **1 year** | **DMP Delran LLC** |
| | List the contract number of any government contract | _____ | **PO Box 412 Iselin, NJ** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Lease** | |
| | State the term remaining | **18 months** | **Dupont Corporation** |
| | List the contract number of any government contract | _____ | **PO Box 3965 Wilmington, DE 19805** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Storage Area** | |
| State the term remaining | | **Extra Space Storage** |
| List the contract number of any government contract | _____ | **3600 Quakerbridge Road** **Trenton, NJ 08619** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **3525 Quakerbridge Road, Hamilton, NJ 08619** | |
| State the term remaining | | **IBIS  Realty LLC** **c/o Highbrock Management LLC** |
| List the contract number of any government contract | _____ | **1000A Lake Street** **Ramsey, NJ 07446** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **423/425 7th Ave., SW, Hickory, NC  28602** | |
| State the term remaining | **18 months** | **Lakeview Development Holdings, LLC** |
| List the contract number of any government contract | _____ | **PO Box 636** **Hickory, NC 28603** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **3111 Route 38, Larchmont Commons, Mt. Laurel, NJ** | |
| State the term remaining | | **Larchmont Commons** |
| List the contract number of any government contract | _____ | **3111 Route 38** **Mount Laurel, NJ 08054** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **49 South Pemberton Road #2, Southampton, NJ  08088** | |
| State the term remaining | **??** | **Rebecca Rockko** |
| List the contract number of any government contract | _____ | **PO Box 132** **New Lisbon, NJ 08064** |

Debtor 1 **Creative Change Counseling, Inc.**    Case number (*if known*) _____

First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.10.   State what the contract or lease is for and the nature of the debtor's interest    **Office Lease- 2605 Lord Baltimore Drive, SsuitesC-D, Baltimorel MD**

State the term remaining    **7 years**

List the contract number of any government contract    _____

**St. John Properties Inc.**
**2560 Lord Baltimore Drive**
**Windsor Mill, MD 21244**

2.11.   State what the contract or lease is for and the nature of the debtor's interest    **Wall Business Park, Route 34, Wall Twp., NJ**

State the term remaining    **vacated**

List the contract number of any government contract    _____

**Wall Business Park Holdings**
**500 Frank W Burr Blvd, # 47**
**Teaneck, NJ 07666**

| | |
|---|---|
| Debtor name | **Creative Change Counseling, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Bertee Thomas** | **106 Beechnut Court Lumberton, NJ 08048** | **First Corporate Solutions, As Representa** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.2 | **Bertee Thomas** | **106 Beechnut Court Lumberton, NJ 08048** | **Trust Capital Funding** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Creative Change Counseling, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  **04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$123,463.00** |
   | **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ☑ Operating a business<br>☐ Other _____ | **$9,359,820.00** |
   | **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ☑ Operating a business<br>☐ Other _____ | **$11,838,956.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Seamless Funding LLC v. Creative Change**<br>**Index No: E2026000054** | **Civil Action** | **Supreme Court of NY County of Monroe 99 Exchange Blvd Rochester, NY 14614** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Velocity Capital Group LLC v. Creative Change Counseling**<br>**Index No: 500176/2026** | **Civil Action** | **Supreme Court of NY Kings County 320 Jay Street Brooklyn, NY 11201** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Steven J. Abelson, Esq.***<br>**80 W. Main Street**<br>**P.O. Box 7005**<br>**Freehold, NJ 07728** | | **November/ December 2025** | **$13,000.00** |
| | Email or website address<br><br>_____ | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

---

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **668 Main Street Lumberton, NJ 08048** | **5/2019 - current** |
| 14.2. | **950 South Chester Avenue Delran, NJ 08075** | **8/2021 - current** |
| 14.3. | **3525 Quakerbridge Road Hamilton, NJ 08619** | **4/2022 - current** |
| 14.4. | **1433 Route 34 Wall Twp., NJ 07727** | **4/2023 - 10/25** |
| 14.5. | **49 South Pemberton Road Pemberton, NJ 08068** | **6/2018 - current** |
| 14.6. | **16 W. Front Street Trenton, NJ 08608** | **10/2024 - current** |
| 14.7. | **8 South Dupont Road Wilmington, DE 19805** | **7/1/24 - current** |
| 14.8. | **423/425 7th Ave., SW, Hickory, NC 28602** | |
| 14.9. | **2605 Lord Baltimore Drive, Suite C-D Baltimore, MD 21244** | |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☐   No. Go to Part 9.
   ■   Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Lumberton Mental Heatlh Outpatient 668 Main Street Lumberton, NJ 08048** | **Mental Health Counseling** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **950 South Chester Avenue, Delran, NJ  0 8075** | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |
| 15.2. | **Delran Mental Health Outpatient 950 South Chester Avenue Delran, NJ 08075** | **Mental Health Counseling** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |
| 15.3. | **Mercer Mental Health Outpatient** | **Mental Health counseling** | |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **3525 Quakerridge Road, Suite 2300 Hamilton, NJ 08619** | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |
| 15.4. **Wall Mental Health & Substance Abuse Out 1433 NJ 34 Wall Twp, NJ 07727** | **Mental Health Counseling** <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |
| 15.5. **Southampton Outpatient Treatment Service 49 South Pemberton Road Southampton, NJ 08068** | **Substance Abuse Treatment** <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |
| 15.6. **Restorative Justice and Tranformation H 16 W Front Street Trenton, NJ 08608** | **Youth Development Services** <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐   No.

■   Yes. State the nature of the information collected and retained.

### Protected Health Information

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐   No. Go to Part 10.

■   Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Extra Space Storage 3600 Quakerbridge Road Trenton, NJ** | **Bertee Thomas, Jr.** | **Furniture and Chairs** | ☐ No ■ Yes |

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.

☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■   No.

☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Brightest Beginnings**<br>**2424 Wilcrest Drive, Suite 110**<br>**Houston, TX 77042** | **Mental Health Agency** | **EIN:**     **21097771433**<br><br>**From-To**   **12/1/24 - current** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Stanton Financial Management**<br>**400 Green Street**<br>**Philadelphia, PA 19123** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Richard Tumolo, CPA**<br>**Stanton Financial Management**<br>**400 Green Street**<br>**Philadelphia, PA 19123** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Richard Tumolo**<br>**see above** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bertee Thomas, Jr.** | **106 Beechnut Court**<br>**Lumberton, NJ 08048** | **CEO** | **n/a** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kahreem Cunningham** | **54 Ross Way**<br>**Marlton, NJ 08053** | **Vice President** | **n/a** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Bertee Thomas**<br>**106 Beechnut Court**<br>**Lumberton, NJ 08048** | **$ 295,000** | **2025** | **Salary** |

| Relationship to debtor |
|---|
| **CEO/ President** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Kahreem Cunningham**<br>**54 Ross Way**<br>**Marlton, NJ 08053** | **$ 270,000** | **2025** | **Salary** |
| | **Relationship to debtor**<br>**Vice President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **January 13, 2026**

**/s/ Bertee Thomas**                                         **Bertee Thomas**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of New Jersey

In re    **Creative Change Counseling, Inc.**
_____
                                    Debtor(s)

Case No. _____

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____    $ _____**13,000.00**

     Prior to the filing of this statement I have received _____    $ _____**13,000.00**

     Balance Due _____    $ _____**0.00**

2.   The source of the compensation paid to me was:

     ☑ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor        ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [List other services that counsel has agreed to provide]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 13, 2026**
_____
*Date*

**/s/ Steven J. Abelson**
_____
**Steven J. Abelson**
*Signature of Attorney*
**Abelson Law Offices**
**80 West Main Street**
**PO Box 7005**
**Freehold, NJ  07728**
**732-462-4773**
_____
*Name of law firm*

# United States Bankruptcy Court
## District of New Jersey

In re    **Creative Change Counseling, Inc.**      Case No.

                 Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 13, 2026**          Signature   **/s/ Bertee Thomas**

                                                  **Bertee Thomas**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of New Jersey

In re    **Creative Change Counseling, Inc.**                Case No. _____

Debtor(s)

Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 13, 2026** _____         **/s/ Bertee Thomas** _____

                                                      **Bertee Thomas**/**President**

                                                      Signer/Title

668 Main, LLC
7425 SW 134th  St.
Miami, FL 33156


825 Georges Road, LLC
825 Georges Road
North Brunswick, NJ 08902


Ally Financial*
P.O. Box 380901
Bloomington, MN 55438


Altus Rec Management
2121 Arline Srive, Suite 520
Metairie, LA 70001


Ascentium Capital
23970 Highway 59N
Kingwood, TX 77339


Bertee Thomas
106 Beechnut Court
Lumberton, NJ 08048


Boris Yankovich, Esq.
1 World Trade Center, Suite 8500
New York, NY 10007


CAINE & WEINER
PO BOX 55848
Van Nuys, CA 91411


Capitalize Group LLC
99 Wall Street, Suite 152
New York, NY 10005


Cobalt Business Systems
921 Pleasant Valley Ave #222
Mount Laurel, NJ 08054


Colonial Life Insurance
828 Bistline Drive, Suite 100
West Columbia, SC 29172

Corporation Service Co. As Represent.
PO Box 2576
Springfield, IL 62708


CSC
801 Adlai Stevenson Drive
Springfield, IL 62703


CT Corporation System, As representativ
330 N. Brand  Blvd, Suite 700
Glendale, CA 91203


DMP Delran LLC
PO Box 412
Iselin, NJ


Dupont Corporation
PO Box 3965
Wilmington, DE 19805


Extra Space Storage
3600 Quakerbridge Road
Trenton, NJ 08619


First Corporate Solutions, As Representa
914 S Street
Sacramento, CA 95811


G and G Funding Group LLC
79 Madison Avenue
New York, NY 10016


G&G Funding Legal
57 W 57th St., 4th Fl
New York, NY 10019


IBIS  Realty LLC
c/o Highbrock Management LLC
1000A Lake Street
Ramsey, NJ 07446

ICI Furniture Now
806 Silivia St.
Trenton, NJ 08638


KS State Bank
1010 Westloop
PO Box 69
Manhattan, KS 66505


Lakeview Development Holdings, LLC
PO Box 636
Hickory, NC 28603


Larchmont Commons
3111 Route 38
Mount Laurel, NJ 08054


Leaf Capital Funding
2005 Market Street, 14th Floor
Philadelphia, PA 19103


Linda Soto Cleaning LLC
2540 Nottingham Way
Mercerville, NJ 08619


Marlin Leasing Corp
300 Fellowship Road
Mount Laurel, NJ 08054


Meged Funding Group
1 Princeton Avenue
Brick, NJ 08724


Naftali Nathan Wein, Esq.
333 Pearsall Avenue, Suite 130
Cedarhurst, NY 11516


New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

Novus Capital Funding
970 Lake Carillon Drive
Saint Petersburg, FL 33716


Progressive Insurance Corp*
6300 Wilson Mills Road
Mayfield Village, OH 44143


Proventure Capital LLC
2613 E 16th Street
Brooklyn, NY 11235


Rebecca Rockko
PO Box 132
New Lisbon, NJ 08064


RJL Development Group
5 Waters Way
Penns Grove, NJ 08069


RTR Recovery LLC
108 W 39th Street, Suite 1006 #2171
New York, NY 10018


Seamless Funding LLC
1608 Ocean Parkway, Suite 2A
Brooklyn, NY 11230


Shilja Troui
 c/o Christopher J. Keating, Esq.
7 East Main Street
Moorestown, NJ 08057


Small Business Administeration
409 3rd St, SW. Washington DC 20416
Washington, DC 20416


Small Business Administration*
801 Tom Martin Dr, Ste 120
Birmingham, AL 35211

St. John Properties Inc.
2560 Lord Baltimore Drive
Windsor Mill, MD 21244


State of New Jersey
Department of Human Services
PO Box 700
Trenton, NJ 08625


Sure Payroll
c.o Paychex Holdings LLC
911 Panorama Trail S.
Rochester, NY 14625


Sutton Fundings
261 Madison Ave 10th Floor, Unit 1058,
New York, NY 10016


Trust Capital Funding
10 Kearney Road, Suite 102
Needham Heights, MA 02494


United Healthcare
c/o UHS Billing
PO Box 959782
Saint Louis, MO 63195


Velocity Capital Group
Pearsall Avenue
Cedarhurst, NY 11516


Wall Business Park Holdings
500 Frank W Burr Blvd, # 47
Teaneck, NJ 07666


Wall Business Park Operating
500 Frank W Burr Blvd
Teaneck, NJ 07666


Workpartners
PO Box 2977
Pittsburgh, PA 15230

WSFS Bank*
500 Delaware Avenue
Wilmington, DE 19801

# United States Bankruptcy Court
## District of New Jersey

In re   **Creative Change Counseling, Inc.**

Debtor(s)

Case No. 

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Creative Change Counseling, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**January 13, 2026**

Date

**/s/ Steven J. Abelson**

**Steven J. Abelson**

Signature of Attorney or Litigant

Counsel for   **Creative Change Counseling, Inc.**

**Abelson Law Offices**
**80 West Main Street**
**PO Box 7005**
**Freehold, NJ  07728**
**732-462-4773**