**ABELSON LAW OFFICES**
BY:  STEVEN J. ABELSON, ESQ.
ID # SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey  07728
(732) 462-4773
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | : |
| | :         Chapter 13 |
| CREATIVE CHANGE COUNSELING LLC: | |
| | :   Case No: 26-10418 (CMG) |
| | : |
| | :  **MOTION TO DISMISS BANKRUPTCY** |
| Debtors | : |
| | : Motion: **May 5, 2026 @ 10:00 a.m.** |

To:    Clerk, United States Bankruptcy Court    Nicole Nigrelli, Esq., Sub V Trustee
       United States Bankruptcy Court             Ciardi Ciardi & Astin
       402 E. State St.                           1905 Spruce Street
       Trenton, NJ 08608                       Philadelphia, PA 19103

       Office of the US Trustee               Kyle F. Eingorn, Esq.
       One Newark Center, Suite 2100      Dembo, Brown & Burns, LLP
       Newark, NJ 07102                   1300 Route 73, Suite 205
       Mt. Laurel, NJ 08054              *Atty Req, Notice*

       Attn: Ally Capital Dept.
       AIS Portfolio Services LC
       Account: xxxxxxxx2125            Michael E. Brown, Esq.
       4515 N Santa Fe Ave., Dept APS      Dembo, Brown & Burns, LLP
       Oklahoma City, OK 73118        1300 Route 73, Suite 205
       *Creditor Req Notice*               Mt. Laurel, NJ 08054
                                     *Atty Req. Notice*

       Michael S. Kopelman, Esq.
       90 Main Street, Suite 205
       Hackensack, NJ 07601
       *Attorney Req. Notice*

Goetz Platzer LLP
One Penn Station, Suite 3011
New York, NY 10119
Attn: Teresa Sadutto-Carley, Esq.
*Attorney Req Notice*

Alan Gorski, Esq.
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ 08610
*Attorney Req. Notice*

**PLEASE TAKE NOTICE** that on **May 5, 2025** at 10:00 in the forenoon, or as soon as counsel may be heard, the undersigned attorney for the Debtor, Creative Change Counseling LLC will move per 11 U.S.C. § 1112 (b) and (c) and Bankruptcy Rule 1017 and  before the UNITED STATES BANKRUPTCY COURT, Honorable Christine M. Gravelle, presiding, 402 E. State Street, TRENTON, NEW JERSEY, 08608 for an Order Dismissing the above entitled Petition.  Any opposition to this motion must be filed and served within seven (7) days of the return date set forth above.

PLEASE TAKE FURTHER NOTICE that Debtor shall rely upon the attached certification in support of the application and that pursuant to Local Rule 9013-1, it is submitted that no brief is necessary as issues presented are clear and concise, oral argument is not requested and a proposed form of order is submitted herewith.

s/ *Steven J. Abelson*
STEVEN J. ABELSON, ESQ.
Attorney for Debtor

Dated: April 13, 2026