**ABELSON LAW OFFICES**
BY: STEVEN J. ABELSON, ESQ.
ID # SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| In re: : | |
| : | Chapter 13 |
| CREATIVE CHANGE COUNSELING LLC: | |
| : | Case No: 26-10418 (CMG) |
| : | |
| : | **CERTIFICATION OF BERTEE THOMAS** |
| Debtors : | **IN SUPPORT OF MOTION TO DISMISS** |
| : | |
| : | Motion: **May 5, 2026 at 10:00 A.M.** |

_____

Bertee Thomas, hereby certifies as follows:

1) I am the President of the Debtor Corporation, a §501(c) 3 Non-Profit Corporation of the State of New Jersey.

2) It is with the heaviest of hearts and regrets that I advise all that our Management Servicing Agreement did not come to fruition and the business, having been unable to satisfy rent and payroll obligations last week has now closed.

3) As we stated previously, we knew that the Theris agreement was a lifeline that without, there simply was insufficient income to satisfy our basic obligations.

4) Since the business is without any significant assets and those that exists are subject to UCC financing obligations, conversion to Chapter 7 serves no purpose and I am advised by counsel that is not required under 11 U.S.C. § 1112 (c).

5) For these reasons, we respectfully request the dismissal of the case and thank the Court for its efforts to assist us in this endeavor.

I hereby certify that the foregoing statements are true. If any of the foregoing statements are wilfully false, we realize that we are subject to punishment.

s/ Bertee Thomas
BERTEE THOMAS

Dated: 4/13/26