# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26–10418–CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Creative Change Counseling, Inc.
668 Main Street, Suite 204
Lumberton, NJ 08048

Social Security No.:

Employer's Tax I.D. No.:
47–3867940

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑ A Motion to Dismiss has been filed by Steven J. Abelson on behalf of Creative Change Counseling, Inc.

☐ An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

☐ The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

☐ The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

☐ The corporate debtor is self–represented.

☐ Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Christine M. Gravelle on,

Date: 5/5/26
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Dated: April 14, 2026
JAN:

Jeanne Naughton
Clerk