# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ABELSON LAW OFFICES
BY: STEVEN J. ABELSON, ESQ.
ID # SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773

In Re:

CREATIVE CHANGE COUNSELING LLC

Order Filed on June 15, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 26-10418 |
| Hearing Date: | 5/5/26 |
| Judge: | CMG |
| Chapter: | 11 |

Recommended Local Form:   ☑ Followed   ☐ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 15, 2026**

*Christine M. Gravelle*

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the motion of _____Debtor_____and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 7 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

This Order shall not take effect until the Court has ruled upon the pending fee application of the Subchapter V Trustee and Counsel for Debtor is hereby authorized to satisfy same from funds in his Trust Account.

*rev. 6/19/17*